United States Bankruptcy Court
Central District of California

In re:  
David Lee Pieczynski  
    Debtor

Case No. 15-10141-VZ  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0973-2    User: scowanC    Page 1 of 1    Date Rcvd: Sep 04, 2015  
                        Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2015.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
35935365      +E-mail/Text: bk@lendingclub.com Sep 05 2015 02:07:24     Lending Club Corp,  
          71 Stevenson St Ste 300,   San Francisco, CA 94105-2985  
                                                                                                                TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2015                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)  
system on September 4, 2015 at the address(es) listed below:  
        Jason B Cruz   on behalf of Debtor David Lee Pieczynski jcruz@jcruzlaw.com  
        Kenneth G Lau   on behalf of U.S. Trustee   United States Trustee (LA) kenneth.g.lau@usdoj.gov  
        Nancy K Curry (TR)   ecfnc@trustee13.com  
        United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov  
                                                                                                                                                                                                     TOTAL: 4

**210B (12/09**)

# United States Bankruptcy Court

Central District Of California
Case No. 2:15-bk-10141-VZ
Chapter 13

In re: Debtor(s) (including Name and Address)

David Lee Pieczynski
333 E. Fairview Ave. # 206
Glendale CA 91207

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/04/2015.

Name and Address of Alleged Transferor(s):

Claim No. 2: Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105

Name and Address of Transferee:

LVNV Funding, LLC
c/o Resurgent Capital Services
Po Box 10587
Greenville, SC 29603

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/06/15

Kathleen J. Campbell
**CLERK OF THE COURT**